# Certificate of Debtor Education

I certify that on 10/01/2026, Cynthia Knight-Poole

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Middle District of Alabama .

Case number: 26-32605

Certificate number: ALM26-326055057858

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance